# UNITED STATES DISTRICT COURT

___U.S___ District of ___MASSACHUSETTS___

Radames Melendez
Modesto Saldana A.S.A.
_____ Plaintiff

v.

Frank J. Cousins, JR Sheriff
D. Diaz
Essex County Correctional FC
ET. AL.
_____ Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER:

RECEIVED DEC 17 2003

I, ___Radames Melendez___ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☒ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration ___Essex County Correctional Facility___

   Are you employed at the institution? ___None___   Do you receive any payment from the ___None___

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☐ Yes   ☒ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

Resident Account Summary
Wednesday, December 03, 2003  @11:23

For Booking ID: 36868    MELENDEZ, RADAMES

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 11/25/2003 | EPR | OTD:100024858-ComisaryPur | -28.00 | 1.09 | 0.00 | 0.00 | canteen |
| 11/21/2003 | ADD CASH DR | CNT money order | 25.00 | 29.09 | 0.00 | 0.00 | moneyorder |
| 11/20/2003 | EPR | OID:100024171-ComisaryPur | -5.25 | 4.09 | 0.00 | 0.00 | canteen |
| 11/08/2003 | ERF | OID:100023191-ComisaryRef | 7.00 | 9.34 | 0.00 | 0.00 | canteen |
| 11/06/2003 | <HAIRCUT> | Payment for HAIRCUT on 20 | 0.90 | 2.34 | 0.00 | 0.00 | haircut |
| 11/06/2003 | EPR | OTD:100023191-ComisaryPur | -25.85 | 3.24 | 0.90 | 0.00 | canteen |
| 10/16/2003 | <HAIRCUT> | Payment for HAIRCUT on 20 | -0.21 | 29.09 | 0.90 | 0.00 | |
| 10/16/2003 | EPR | OID:100021500-ComisaryPur | -0.70 | 29.30 | 1.11 | 0.00 | |
| 10/14/2003 | ADD MO DRW2 | CNT | 30.00 | 30.00 | 1.11 | 0.00 | moneyorder |
| 09/29/2003 | <HAIRCUT> | HC | 1.89 | 0.00 | 1.11 | 0.00 | |
| 09/29/2003 | HAIRCUT | HC | 3.00 | 1.89 | 3.00 | 0.00 | |
| 07/24/2003 | EPR | OID:100015050-ComisaryPur | -32.18 | 1.89 | 0.00 | 0.00 | |
| 07/16/2003 | <SICK CALL> | Payment for SICK CALL on | -5.00 | 34.07 | 0.00 | 0.00 | |
| 07/16/2003 | <MEDICATION | Payment for MEDICATION on | -0.93 | 39.07 | 5.00 | 0.00 | |
| 07/16/2003 | ADD MO DRW7 | CNT | 40.00 | 40.00 | 5.93 | 0.00 | moneyorder |
| 05/16/2003 | SICK CALL | SC | 5.00 | 0.00 | 5.93 | 0.00 | |
| 05/16/2003 | <MEDICATION | M | -1.07 | 0.00 | 0.93 | 0.00 | |
| 05/16/2003 | MEDICATION | M | 2.00 | 1.07 | 2.00 | 0.00 | |
| 04/03/2003 | EPR | OTD:100006607-ComisaryPur | -25.39 | 1.07 | 0.00 | 0.00 | |
| 03/20/2003 | <HAIRCUT> | HC | -3.00 | 26.46 | 0.00 | 0.00 | |
| 03/20/2003 | HAIRCUT | HC | 3.00 | 29.46 | 3.00 | 0.00 | |
| 03/20/2003 | EPR | OTD:100005506-ComisaryPur | -20.60 | 29.46 | 0.00 | 0.00 | |
| 03/14/2003 | ADD MO DRW4 | CNT | 50.00 | 50.06 | 0.00 | 0.00 | |
| 03/06/2003 | <HAIRCUT> | HC | -3.00 | 0.06 | 0.00 | 0.00 | |
| 03/06/2003 | HAIRCUT | HC | 3.00 | 3.06 | 3.00 | 0.00 | |
| 02/08/2003 | ERF | OID:100002399-ComisaryRef | 2.49 | 3.06 | 0.00 | 0.00 | refund |
| 02/06/2003 | EPR | OID:100002399-ComisaryPur | -10.85 | 0.57 | 0.00 | 0.00 | |
| 02/01/2003 | ERF | OID:100001919-ComisaryRef | 2.49 | 11.42 | 0.00 | 0.00 | refund |
| 01/30/2003 | EPR | OID:100001919-ComisaryPur | -43.39 | 8.93 | 0.00 | 0.00 | |
| 01/23/2003 | EPR | OID:100001453-ComisaryPur | -3.50 | 52.32 | 0.00 | 0.00 | |
| 01/17/2003 | EPR | OID:100000634-ComisaryPur | -7.40 | 55.82 | 0.00 | 0.00 | |
| 01/16/2003 | ABALANCE FW | INITIAL DEPOSIT | 63.22 | 63.22 | 0.00 | 0.00 | |

total available
$1.09

*[signature: Radames Melendez]*