FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS 2003 DEC 19 A 11:04

U.S. DISTRICT COURT
DISTRICT OF MASS.

Attachment 1

Radames Melendes
Modesto Salana AKA

vs

Civil Action
No. 03-12627-JLT
Referred to MJ JGDein

Essex County Correctional Facility
D. Diaz
Frank J. Cousins, Jr., Sheriff
et.al.

Complaint
Parties

1. The plaintiff, Radames Melendes, is a resident of Lynn, Essex County, Massachusetts and a citizen of the United States.

2. The defendant, D. Diaz is a resident of _____ and a citizen of the United States

3. The defendant, Frank J. Cousins, Jr. is a resident of _____ and a citizen of the United States.

4. Essex County Correctional Facility is located in Middleton, Essex County, Massachusetts.

5. This court has jurisdiction over this matter pursuant to 28 U.S.C. 31332.

6. On August 8, 2003 I was transferred to the infirmary in Essex County Correctional Facility from block 240c. Correctional Officer D. Diaz took all my property and packed it for storage. My possessions included but were not limited to original legal documents, family photos and artifacts that are not replacable. He told me that he would take my property to the control room and have it stored until such time that I would be released from the infirmary and returned to block 240c. My property or personal have never been returned.

7. Officers of the Department of Corrections, employees of the Commonwealth of Massachusetts, violated the plaintiff's constitutional right under the 4th Admendment of the United States Constitution which states in part that, "the right of the people to be secure in their... papers and effects against unreasonable searches and seizures shall not be violated..."; and under the 5th Admendment of the United States Constitution which states in part that "no person shall be ... deprived of ... property without due process of law."

8. Under the Civil Rights Act of 1871, every person acting under color of law who causes a

- 3 -

deprivation of federal rights. is Liable.

9. Essex County Correctional Facility, a government entity is liable under the Civil Rights Act of 1871 for causing the deprivation of plaintiff's federal rights by failure to train, control, and/or supervise employees.

10. The relief I am seeking from the defendants is the return of any and all personal property Essex County Correctional Facility may still have in their possession or control; and whatever monetary reward the court deems just and appropriate for the mental and physical stress I been forced to undergo.

12. Wherefore, the plaintiff demands judgement against the defendants for damages and other relief as this court deems just.

13. The plaintiff demands a trial by jury.

Ramades Melendes #36868
20 Manning Ave
P.O. Box 807
Middleton, MA. 01949

Ramades Melendes
12-18-03



*Essex County Correctional Facility*
*&*
*Sheriff's Headquarters*

# INMATE FORMAL GRIEVANCE FORM
(ALL INFORMATION MUST BE PRINTED AND FILLED OUT IN FULL)

REGULAR COMPLAINT ☐       EMERGENCY COMPLAINT ☑

INMATE NAME: Radames Melendez       I.D. #: 36868
HOUSING UNIT: 240 C    CELL #: 713    DATE: 9/22/03
DATE OF OCCURRENCE: 8-8-03

COMPLAINT: On August 8 of 2003 they send me to the infirmati. and officer D. Diaz took my property and pack it. He told me that he will take it to the control room. Ever since I haven't seen my property. In my property I had: All my legal papes, personal letters from my family, Hotpot, radio and $40 dollars wort of food. If you can please take this matter into consideration. Thank you.

Inmate Suggested Remedy: Everything I have in my property is very important to me. I need all my property back (ASAP)

**NOTICE:**
ALL INFORMATION MUST BE COMPLETE, LEGIBLE AND SUBMITTED WITHIN 10 DAYS OF DATE OF COMPLAINT. INMATE GRIEVANCE REMEDY FORM MUST ACCOMPANY THIS FORM. NO GRIEVANCE WILL BE ACCEPTED BY OR ON BEHALF OF A GROUP.

Inmate Signature and Date: _Radames Melendez 9/22/03_

Staff Person Receiving Complaint (Print): M. Richards
Staff Person Receiving Complaint (Signature): _____

**FOR GRIEVANCE OFFICER ONLY**
Date Received: _____
Grievance Number: _____

Date: 9/22/03



*Essex County Correctional Facility*
*&*
*Sheriff's Headquarters*

# INMATE FORMAL GRIEVANCE FORM
(ALL INFORMATION MUST BE PRINTED AND FILLED OUT IN FULL)

REGULAR COMPLAINT ☐     EMERGENCY COMPLAINT ☑

INMATE NAME: RADAMES MELENDEZ     I.D.#: 36868
HOUSING UNIT: 240C   CELL #: 713   DATE: 9/24/03
DATE OF OCCURRENCE: 9-9-03

COMPLAINT: I thank you for what you're trying todo for me. But thats materialistic things that can't repay for my original property. What are you trying to offer me I can't accepted until I talk to my lawyer. My most personal items are missing and for the rewded I need $50,000 (Fifty thousand dollars)

Inmate Suggested Remedy: I need my original property if not you can reward me $50,000 dollars

**NOTICE:**
ALL INFORMATION MUST BE COMPLETE, LEGIBLE AND SUBMITTED WITHIN 10 DAYS OF DATE OF COMPLAINT. INMATE GRIEVANCE REMEDY FORM MUST ACCOMPANY THIS FORM. NO GRIEVANCE WILL BE ACCEPTED BY OR ON BEHALF OF A GROUP.

Inmate Signature and Date: Radames Melendez 9/24/03

Staff Person Receiving Complaint (Print): _____
Staff Person Receiving Complaint (Signature): _____

**FOR GRIEVANCE OFFICER ONLY**
Date Received: _____
Grievance Number: _____

Date: _____

# Essex County Correctional Facility
# &
# Sheriff's Headquarters
# GRIEVANCE APPEAL FORM
(ALL INFORMATION MUST BE PRINTED AND FILLED OUT IN FULL)

INMATE NAME: Radames Melendez    I.D. # 36865
HOUSING UNIT: 240C   CELL# 7/3   GRIEVANCE # 6964

REASON FOR APPEAL:

I hope this matter can be resolve as soon as possible. All my personall that this correctional facility have lost have me in such stage of mental trauma that gives me the lack of sleep. I want you to understand that my property is very personal and treasureous to me. By now any one can have them, and doing whatever they want with them. Thinking about the fact that someone may have my personals make me physically and mentally stress. I have talk to several of the correctional staff, and I been advised that there is nothing they can do. For that reason I believe I need to be rewarded $50,000 dollars for all the damages that this correctional staff have cause. Thank you

## NOTICE:
ALL INFORMATION MUST BE COMPLETE, LEGIBLE AND MUST BE SUBMITTED WITHIN TEN DAYS OF RECEIPT OF GRIEVANCE DECISION. GRIEVANCE APPEAL FORMS MUST BE FORWARDED TO THE GRIEVANCE OFFICE TO BE ISSUED A GRIEVANCE NUMBER.

INMATES SIGNATURE: Radames Melendez    DATE: 9/25/03   TIME: 9:50
OFFICER RECEIVING APPEAL: _____    DATE: 9/25/03   TIME: 9:50

WHITE COPY – GRIEVANCE OFFICER          YELLOW COPY – INMATE'S COPY

A-69