

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

January 20, 2004

Mr. Ramades Melendez (a.k.a. Modesto Saldana)
Essex County Correctional Facility
P.O. Box 807
20 Manning Avenue
Middleton, MA  01949

Dear Mr. Melendez:

    I am responding to your letter dated January 11, 2004, in which you request information about a civil lawsuit you filed in this Court in December.

    The Court's records indicate that <u>Melendez v. Cousins, et al.</u>, C.A. No. 03-12627-JLT was filed by you on December 17, 2003. As a courtesy, I enclose the docket sheet for this action.

                                  Very truly yours,

                                  Linn A. Weissman
                                  Pro Se Office