United State District Court
Office of the clerk
1 Court House way. Suite #2300
Boston, Ma 02210

FILED
IN CLERKS OFFICE
2004 JAN 28 P 3: 27
DISTRICT COURT
DISTRICT OF MASS.

P.O. Box 807
20 Manning Rd.
Middleton, Ma 01949
1-22-04

CA 03-12627 JLT

Attn: Jenness, Susan   Pro Se Intake clerk

Dear:

Ms Jenness,

I have been transferd to MCI. Concord on 1-20-04. I write to inform you of my move and of the situation I had with my name. Here at Concord I have told the gaurds at intake and my name here is my real name (Modesto Saldaña) I am no longer known as (Radames Melendez) The Courts also know of this change. When mailing any and all documentation to me please use my birth name (Modesto Saldaña). When I was arrested I was arrested under the name (Radames Melendez) that is why while incarserated in Middleton I was known by that name.

Sincerely:

Modesto Saldaña
AKA. Radames Melendez