UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RADAMES MELENDEZ AKA MODESTO SALDANA ,
          Plaintiff,

                        Civil Action

v.

                        No. 03-12627-JLT

ESSEX COUNTY CORRECTIONAL FACILITY, et al. ,
          Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

## FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

    No ☐      Yes ☒      as to defendant(s) Essex County Correctional Facility; D. Diaz; and Sheriff Cousins.

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

    No ☒      Yes ☐      as to defendant(s) _____

3. Section 1997e(g)(2) provides that:

    "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

    42 U.S.C. § 1997e(g)(2).

    Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

    a. Yes ☒    The Court has so determined and found as to defendant(s): Essex County Correctional Facility; D. Diaz; and Sheriff

Page 1

<u>Cousins.</u>

b. No ☐   because the Court has determined that the complaint does not satisfy pleading requirements for stating a cognizable claim against:

☐ all defendants   ☐ the defendant(s)
_____

c. No ☐   because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

☐ all defendants   ☐ the defendant(s)
_____
_____

d. Cannot say

☐   It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

☐ all defendants   ☐ the defendant(s)
_____

<u>ORDERS</u>

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

   No ☒    Yes ☐    ☐ as to all defendants
                    ☐ only as to defendant(s)
                    _____

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of plaintiff's claims against defendant(s)?

        No ☐    Yes ☒    ☒ as to all defendants
        ☐ only as to defendant(s)

3. a. Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

        No ☐    Yes ☒    ☒ as to all defendants
        ☐ only as to defendant(s)
        _____

OR

b. If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

        No ☐    Yes ☐    ☐ as to all defendants
        ☐ only as to defendant(s)
        _____

7/12/04                        /s/ Joseph L. Tauro
DATE                         JOSEPH L. TAURO
                             UNITED STATES DISTRICT JUDGE